IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL BENJAMIN                                                                                    PLAINTIFF

        v.                               Civil No. 08-5134

OFFICER S. CHANDLER,
Fayetteville Police Department;
MAYOR DAN COODY; and
SHERIFF TIM HELDER                                                                                DEFENDANTS

## ORDER

On July 23, 2008, the plaintiff filed a motion for an extension of time (Doc. 3) to submit his completed *in forma pauperis* application. He indicated he has been having difficulty getting the form filed out by the Unit of the Arkansas Department of Correction where he is incarcerated. The motion (Doc 3) is granted.

Plaintiff asks the court to take his Unit's refusal to complete the form as an admission that he has no funds. However, the document he has attached does not indicate that Unit personnel has refused to complete the form. Instead it states the form has been returned to the plaintiff.

The clerk is directed to send plaintiff a blank *in forma pauperis* (IFP) application. Plaintiff is given until **August 29, 2008, to return the completed application to the court or pay the $350 filing fee. If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by August 29, 2008, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 28th day of July 2008.

                              /s/ *J. Marschewski*
                              HON. JAMES R. MARSCHEWSKI
                              UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)