IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL BENJAMIN     PLAINTIFF

v.     Civil No. 08-5134

OFFICER S. CHANDLER,
Fayetteville Police Department;
MAYOR DAN COODY; and
SHERIFF TIM HELDER     DEFENDANTS

## **O R D E R**

Plaintiff's complaint was filed in this case on June 17, 2008. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Michael Benjamin, complete and sign the attached addendum to his complaint, and return the same to the court **by September 22, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by September 22, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 21st day of August 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL BENJAMIN                                                                           PLAINTIFF

        v.                              Civil No. 08-5134

OFFICER S. CHANDLER,
Fayetteville Police Department;
MAYOR DAN COODY; and
SHERIFF TIM HELDER                                                                         DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: MICHAEL BENJAMIN

    This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by September 22, 2008**. Failure to do so will result in the dismissal of your complaint.

    The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

    In your complaint, you allege that your constitutional rights were violated when you were falsely arrested and charged with aggravated assault, possession of a controlled substance, and simultaneous possession of drugs and a firearm. You indicate the arrest was captured on tape. You state this arrest destroyed your life.

    1. Please provide the date of the alleged false arrest.

    Answer:

_____

_____

_____

      2. Please indicate how each of the charges were disposed of. For instance, if you were found guilty on the aggravated assault charge, state the date you were found guilty and the sentence you received. If the aggravated assault charge was dismissed, state the date the charge was dismissed. Provide this information for each charge.

    Answer:

    (a). The aggravated assault charge:

_____

_____

_____

_____

    (b). The possession of a controlled substance charge:

_____

_____

_____

_____

    (c). The simultaneous possession of drugs and a firearm charge:

_____

_____

_____

_____

3. You have named Officer S. Chandler with the Fayetteville Police Department as a defendant. Please describe in detail how you believe he violated your federal constitutional rights. In doing so, be specific. Provide dates and times when the events occurred.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. You have named Mayor Dan Coody as a defendant. However, you have not

mentioned any actions he took. Please describe in detail how you believe he violated your federal constitutional rights. In doing so, be specific. Provide dates and times when the events occurred.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. You have named Sheriff Helder as a defendant. However, you have not mentioned any actions he took. Please describe in detail how you believe he violated your federal constitutional rights. In doing so, be specific. Provide dates and times when the events occurred.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

6. You are currently incarcerated. Please state: (a) what crime you were convicted of; (b) whether the crime was one that is at issue in this lawsuit; and (c) what sentence you are serving.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                  _____
                                                  MICHAEL BENJAMIN

                                                  _____
                                                  DATE