```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

MICHAEL BENJAMIN                                           PLAINTIFF

    v.                       No. 08-5134

OFFICER S. CHANDLER, Fayetteville
Police Department, et al.                                 DEFENDANTS

## ORDER

In a Report and Recommendation issued on October 7, 2008 (Doc. 11), Magistrate Judge James R. Marschewski recommended that this case be dismissed on the grounds that plaintiff had failed to prosecute it and failed to comply with the order of the Court to complete an addendum to his complaint.  On that same date, and again on November 7, 2008, plaintiff filed motions to amend his complaint.  (Docs. 12, 13.)  From these motions, it appears that plaintiff does wish to proceed with this action.

Accordingly, plaintiff shall be granted until **December 12, 2008,** to complete and return the addendum.  The District Court Clerk is directed to provide Plaintiff with another copy of the addendum (Doc. 10).

**Plaintiff is advised that failure to submit the addendum by December 12th will result in the dismissal of his action.**

IT IS SO ORDERED this 20th day of November, 2008.

                                          /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**