IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL BENJAMIN                                                                                    PLAINTIFF

v.                                          Civil No. 08-5134

OFFICER S. CHANDLER,
Fayetteville Police Department                                                                 DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Michael Benjamin filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On August 27, 2009, Defendant filed a motion for summary judgment (Doc. 35). On January 14, 2010, the undersigned entered an order (Doc. 38) directing the Plaintiff to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

The Plaintiff's response to the questionnaire was to be returned by February 9, 2010. No response was received and on February 18th a report and recommendation was entered recommending the dismissal of the case based on Plaintiff's failure to prosecute (Doc. 39).

On February 25th, the Court received a letter dated February 20th from the Plaintiff. In the letter, Plaintiff asserted the "mail room supervisor has been withholding my legal mail [since] July of 2008." Plaintiff asked to be allowed an opportunity to proceed with this case.

Based on this, the report and recommendation filed on February 18th (Doc. 39) was withdrawn (Doc. 40). The motion for summary judgment filed on August 27, 2009, was denied as moot. The clerk was directed to re-file the motion for summary judgment as of the date of the order (Doc. 40).

-1-

The Plaintiff was given until March 29, 2010, to respond to the Court's summary judgment questionnaire (Doc. 38). Finally, in view of Plaintiff's representations in his letter, the Clerk was directed to mail Plaintiff copies of the newly re-filed summary judgment motion and the Court's summary judgment questionnaire.

Plaintiff was advised that failure to respond to the summary judgment questionnaire by March 29th would result in this case being subject to summary dismissal for failure to prosecute and failure to obey an order of the Court. To date, the Plaintiff has failed to file his respond to the questionnaire. Plaintiff has not sought an extension of time to respond to the questionnaire. The Court's order, the summary judgment motion, and the questionnaire have not been returned as undeliverable. The order was mailed to the same address as the Court's prior orders. Plaintiff has not informed the court of any change in his address.

I therefore recommend the case be dismissed on the grounds Plaintiff has failed to prosecute this action and comply with the order of the Court. *See* Fed. R. Civ. P. 41(b). **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of April 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)