```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**MICHAEL BENJAMIN**                                          **PLAINTIFF**

       **v.**           **Civil No. 08-5134**

**OFFICER CHANDLER,**                                         **DEFENDANT**
**Fayetteville Police Department**

### O R D E R

NOW on this 28th day of October, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 53), filed on October 6, 2010, to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's applications to proceed *in forma pauperis* (Docs. 48, 50 & 52) are **DENIED.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**